IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Benedykt Bak** | ) | |
| **Bogumila Bak** | ) | No. 15-16770 |
| | ) | |
| Debtor(s) | ) | |

## PROOF OF SERVICE

TO:   See Attached List

I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on June 28, 2017, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                    BY:/s/ Joseph E. Cohen
                                           One of His Attorney

Service List:

NBT
Attn:   Bankruptcy Dept.
52 S Broad Street
Norwich,   NY   13815

Office of the US Trustee
[USTPRegion11.ES.ECF@usdoj.gov](mailto:USTPRegion11.ES.ECF@usdoj.gov)

Adam Lysinski
[adam@lysinski.com](mailto:adam@lysinski.com)