# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| BAK, BENEDYKT | § | Case No. 15-16770 |
| BAK, BOGUMILA | § § § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 438,163.03　　　　　　　　Assets Exempt: 161,360.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 2,252.11　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　Without Payment: 444,581.07

Total Expenses of Administration: 4,747.89

---

3) Total gross receipts of $ 7,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 7,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 636,452.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,747.89 | 4,747.89 | 4,747.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 443,954.00 | 2,879.18 | 2,879.18 | 2,252.11 |
| **TOTAL DISBURSEMENTS** | $ 1,080,406.00 | $ 7,627.07 | $ 7,627.07 | $ 7,000.00 |

   4)  This case was originally filed under chapter 7 on  05/11/2015 .  The case was pending for 28 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  08/16/2017             By:/s/JOSEPH E. COHEN
                                              Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2011 Camry xle --- 43k miles | 1129-000 | 5,000.00 |
| 2012 Ford Transit | 1229-000 | 2,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 7,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bayview Financial Loan Bankruptcy Dept 4425 Ponce De Leon Blvd 5th Fl Miami, FL 33146 | | 433,340.00 | NA | NA | 0.00 |
| | Citizens Bank NA | | 203,112.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 636,452.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN, JOSEPH E. | 2100-000 | NA | 1,450.00 | 1,450.00 | 1,450.00 |
| COHEN, JOSEPH E. | 2200-000 | NA | 0.87 | 0.87 | 0.87 |
| ASSOCIATED BANK | 2600-000 | NA | 20.06 | 20.06 | 20.06 |
| COHEN & KROL | 3110-000 | NA | 2,154.17 | 2,154.17 | 2,154.17 |
| JOSEPH E. COHEN | 3110-000 | NA | 1,077.08 | 1,077.08 | 1,077.08 |
| COHEN & KROL | 3120-000 | NA | 45.71 | 45.71 | 45.71 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,747.89 | $ 4,747.89 | $ 4,747.89 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Afni, Inc. Po Box 3097 Bloomington, IL 61702 | | 217.00 | NA | NA | 0.00 |
| | Amex Dsnb 9111 Duke Blvd Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Aurora Loan Services Attn: Bankruptcy Dept. 2617 College Park Scottsbluff, NE 69361 | | 0.00 | NA | NA | 0.00 |
| | Aurora Loan Services Attn: Bankruptcy Dept. 2617 College Park Scottsbluff, NE 69361 | | 0.00 | NA | NA | 0.00 |
| | Bank of America Attn: Correspondence Unit/CA6-919-02-41 Po Box 5170 Simi Valley, CA 93062 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Attn: Correspondence Unit/CA6-919-02-41 Po Box 5170 Simi Valley, CA 93062 | | 0.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware Attn: Bankruptcy P.O. Box 8801 Wilmington, DE 19899 | | 0.00 | NA | NA | 0.00 |
| | Cap1/carsn Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Cap1/carsn Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Cap1/mnrds 26525 N Riverwoods Blvd Mettawa, IL 60045 | | 0.00 | NA | NA | 0.00 |
| | Cap1/saks 3455 Highway 80 W Jackson, MS 39209 | | 0.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Mtg Po Box 24696 Columbus, OH 43224 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mtg Po Box 24696 Columbus, OH 43224 | | 0.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Citi Corp Credit Services/Attn:Centraliz Po Box 790040 Saint Louis, MO 63179 | | 25.00 | NA | NA | 0.00 |
| | Citibank/The Home Depot Citicorp Credit Srvs/Centralized Bankrup Po Box 790040 Saint Louis, MO 63179 | | 0.00 | NA | NA | 0.00 |
| | Citizens Bank Attn:Bankruptcy 443 Jefferson Blvd Ms Rjw-135 Warwick, RI 02886 | | 0.00 | NA | NA | 0.00 |
| | Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Fia Csna Po Box 982235 El Paso, TX 79998 | | 1,742.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GECRB/AVB Buying Group Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | GECRB/Care Credit Attn: bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | GECRB/Gap Attn: bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Harris N.a. Bmo Harris Bank - Bankruptcy Dept.-Brk-1 770 N Water Street Milwaukee, WI 53202 | | 0.00 | NA | NA | 0.00 |
| | Hsbc Mortgage Corp Usa 2929 Walden Avenue Depew, NY 14043 | | 0.00 | NA | NA | 0.00 |
| | IndyMac Bank/OneWest Bank Attn:Bankruptcy Department 2900 Esperanza Crossing Austin, TX 78758 | | 0.00 | NA | NA | 0.00 |
| | Mortgage Service Cente 2001 Bishops Gate Blvd Mt Laurel, NJ 08054 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NBT Bank 12107 Barber Green Rd. DeKalb, IL 60115 | | 3,000.00 | NA | NA | 0.00 |
| | Nationstar Mortgage LLC Attn: Bankruptcy 350 Highland Dr Lewisville, TX 75067 | | 131,018.00 | NA | NA | 0.00 |
| | Nationstar Mortgage LLC Attn: Bankruptcy 350 Highland Dr Lewisville, TX 75067 | | 129,107.00 | NA | NA | 0.00 |
| | Nbt Attn Bankruptcy Dept 52 S Broad St Norwich, NY 13815 | | 3,125.00 | NA | NA | 0.00 |
| | Ocwen Loan Servicing L 12650 Ingenuity Dr Orlando, FL 32826 | | 175,554.00 | NA | NA | 0.00 |
| | Peoples Gas Attention: Bankruptcy Department 130 E. Randolph 17th Floor Chicago, IL 60601 | | 23.00 | NA | NA | 0.00 |
| | Peoples Gas Attention: Bankruptcy Department 130 E. Randolph 17th Floor Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Peoples Gas Attention: Bankruptcy Department 130 E. Randolph 17th Floor Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Peoples Gas Attention: Bankruptcy Department 130 E. Randolph 17th Floor Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Peoples Gas Attention: Bankruptcy Department 130 E. Randolph 17th Floor Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Peoples Gas Attention: Bankruptcy Department 130 E. Randolph 17th Floor Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Peoples Gas Attention: Bankruptcy Department 130 E. Randolph 17th Floor Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Peoples Gas Attention: Bankruptcy Department 130 E. Randolph 17th Floor Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Peoples Gas Attention: Bankruptcy Department 130 E. Randolph 17th Floor Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Peoples Gas Attention: Bankruptcy Department 130 E. Randolph 17th Floor Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Sheffield Fn Bb&T/Attn: Bankruptcy Department Po Box 1847 Wilson, NC 27894 | | 103.00 | NA | NA | 0.00 |
| | State Farm Fncl Svcs F State Farm Bank/ Attention: Bankruptcy Po Box 2328 Bloomington, IL 61702 | | 0.00 | NA | NA | 0.00 |
| | Unique National Collec 119 E Maple St Jeffersonville, IN 47130 | | 40.00 | NA | NA | 0.00 |
| | Visa Dept. Stores Attn: Bankruptcy Po Box 8053 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| 000001 | NBT | 7100-000 | NA | 2,879.18 | 2,879.18 | 2,252.11 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 443,954.00 | $ 2,879.18 | $ 2,879.18 | $ 2,252.11 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 15-16770 ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | BAK, BENEDYKT | | Date Filed (f) or Converted (c): | 05/11/15 (f) |
| | BAK, BOGUMILA | | 341(a) Meeting Date: | 06/18/15 |
| For Period Ending: | 08/16/17 | | Claims Bar Date: | 04/19/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3115 Duffy Lane Riverwood (primary residence) | 430,000.00 | 0.00 | | 0.00 | FA |
| 2. Bank of America acctxxx 4877 | 969.99 | 0.00 | | 0.00 | FA |
| Bank of America acctxxx 4877 | | | | | |
| 3. Bank of America xxxx5931 | 2,293.04 | 0.00 | | 0.00 | FA |
| Bank of America xxxx5931 | | | | | |
| 4. Used Furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| Used Furniture | | | | | |
| 5. Used Book | 100.00 | 0.00 | | 0.00 | FA |
| Used Book | | | | | |
| 6. Used clothing | 300.00 | 0.00 | | 0.00 | FA |
| Used clothing | | | | | |
| 7. The Hartford - Life insurance | 11,800.00 | 0.00 | | 0.00 | FA |
| The Hartford - Life insurance | | | | | |
| 8. voya 401k | 148,260.00 | 0.00 | | 0.00 | FA |
| voya 401k | | | | | |
| 9. Bak Brothers Remodeling, - 90% owner --- business | 0.00 | 0.00 | | 0.00 | FA |
| Bak Brothers Remodeling, - 90% owner --- business is winding down, no real estate | | | | | |
| 10. 2011 Camry xle --- 43k miles | 11,000.00 | 0.00 | | 5,000.00 | FA |
| 2011 Camry xle --- 43k miles | | | | | |
| 11. 2012 Ford Transit (u) | 12,500.00 | 0.00 | | 2,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $618,223.03     $0.00     $7,000.00     $0.00

(Total Dollar Amount in Column 6)

Case 15-16770 Doc 48 Filed 08/31/17 Entered 08/31/17 15:11:32 Desc Main
Document Page 14 of 16

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 15-16770 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BAK, BENEDYKT | Date Filed (f) or Converted (c): | 05/11/15 (f) |
| | BAK, BOGUMILA | 341(a) Meeting Date: | 06/18/15 |
| | | Claims Bar Date: | 04/19/17 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FINAL MEETING HELD AND DISTRIBUTION TO CREDITORS MADE. TFR FILED WITH COURT ON 6/27/17. SENT TFR TO US TEE FOR REVIEW - 5/31/17

ORDER GRANTING MOTION TO SELL VEHICLES ENTERED 3/17/17; TFR TO FOLLOW - 4/1/17

PREPARING MOTION FOR TURNOVER -1/11/17 . DEBTOR TRYING TO MAKE OFFER ON CARS - 10/31/16. DEBTOR HAS REACHED OUT TO TRUSTEE TO BUY CARS - 7/31/16. NO CHANGE - 4/30/16.

TRUSTEE IS FILING MOTION FOR TURNOVER OF VEHICLE - 01/20/16. TRUSTEE HAS EMPLOYED COUNSEL FOR TRUSTEE - Oct. 31, 2015.

TRUSTEE HAS REQUESTED DOCUMENTS FROM DEBTOR ALONG WITH COPY OF CAR TITLE - July 30, 2015.

Initial Projected Date of Final Report (TFR): 05/30/17        Current Projected Date of Final Report (TFR): 09/30/17

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-16770 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | BAK, BENEDYKT | | Bank Name: | ASSOCIATED BANK |
| | BAK, BOGUMILA | | Account Number / CD #: | *******0347 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0161 | | | |
| For Period Ending: | 08/16/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/16/17 | | ARTUR BAK | | | 7,000.00 | | 7,000.00 |
| | 10 | ARTUR BAK | Memo Amount: 5,000.00 | 1129-000 | | | |
| | | | 2011 Camry | | | | |
| | 11 | ARTUR BAK | Memo Amount: 2,000.00 | 1229-000 | | | |
| | | | 2012 Ford Transit | | | | |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,990.00 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.06 | 6,979.94 |
| 07/25/17 | 300001 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 1,077.08 | 5,902.86 |
| | | 105 West Madison Street | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 07/25/17 | 300002 | JOSEPH E. COHEN, Trustee | Claim ADMIN 1, Payment 100.00000% | | | 1,450.87 | 4,451.99 |
| | | 105 W. Madison, Ste 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| | | | Fees        1,450.00 | 2100-000 | | | |
| | | | Expenses         0.87 | 2200-000 | | | |
| 07/25/17 | 300003 | COHEN & KROL, Attorneys | Claim ADMIN 2, Payment 100.00000% | | | 2,199.88 | 2,252.11 |
| | | 105 West Madison Street | | | | | |
| | | Chicago, IL 60602 | | | | | |
| | | | Fees        2,154.17 | 3110-000 | | | |
| | | | Expenses       45.71 | 3120-000 | | | |
| 07/25/17 | 300004 | NBT | Claim 000001, Payment 78.22054% | 7100-000 | | 2,252.11 | 0.00 |
| | | Attn Bankruptcy Dept | | | | | |
| | | 52 S Broad St | | | | | |
| | | Norwich, NY 13815 | | | | | |

Page Subtotals       7,000.00       7,000.00

Ver: 20.00d

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 15)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-16770 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | BAK, BENEDYKT | | Bank Name: | ASSOCIATED BANK |
| | BAK, BOGUMILA | | Account Number / CD #: | *******0347  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0161 | | | |
| For Period Ending: | 08/16/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 7,000.00 | COLUMN TOTALS | 7,000.00 | 7,000.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 7,000.00 | 7,000.00 | |
| Memo Allocation Net: | 7,000.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 7,000.00 | 7,000.00 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 7,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - *******0347 | 7,000.00 | 7,000.00 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 7,000.00 | | 7,000.00 | 7,000.00 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 20.00d

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*